**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| CRISTIAN ANDRES HERNANDEZ GARCES | CIVIL ACTION NO. 26-1545-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WARDEN WINN CORRECTIONAL CENTER, ET AL. | MAGISTRATE JUDGE MCCLUSKY |

## JUDGMENT

Before the Court is the Report and Recommendation of the Magistrate Judge. See Record Document 19. The Court has now considered the Report and Recommendation, together with the written objections (Record Document 23), response (Record Document 26), and supplemental letter (Record Document 27) thereto filed. After a *de novo* review of the record and further noting the Fifth Circuit's recent decision in Sosnava Rodriguez v. Miguel Vergara, No. 26-50183, 2026 WL 3181188, at *5 (5th Cir. Oct. 23, 2026) (en banc), the undersigned finds that the Magistrate Judge's Report and Recommendation (Record Document 19) is correct and that judgment as recommended therein is warranted. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Cristian Andres Hernandez Garces's claims concerning his conditions of confinement and medical care be **DISMISSED WITH PREJUDICE** here but **WITHOUT PREJUDICE** to his right to raise them in a separate civil rights action.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Petitioner's remaining claims in his Petition for Writ of Habeas Corpus (Record Document 1) be and are hereby **DENIED**.

The Clerk of Court is directed to close this case.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 3rd day of November, 2026.

JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE